In the Matter of the Claim of CATHERINE FRONCE, Respondent, against THE PROSPERITY COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR ROZELL, Appellant.— Motion granted unless the appellant's brief is served and filed by September twentieth and the appellant is ready to argue the case on September twenty-fourth. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of BERTHA CASSIDY, Respondent, against 143 WEST FORTY-NINTH STREET CONSTRUCTION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

LYDIA CRAMER, as Executrix, etc., of WILLIAM H. CRAMER, Deceased, Appellant, v. JOHN J. KETT, Respondent.— Motions denied, without costs.— Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CLARA RHODES, Respondent, against HOFFMAN CATERING CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HAROLD CARLSTEDT, Respondent, against MICHAEL MARINELLI and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ABRAHAM ROSENBERG, Respondent, against ROYAL MANUFACTURING COMPANY OF DUQUESNE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of BERNICE GOODBOUT, Respondent, against CLAUDE P. AKIN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANSEN BURLINGAME, Respondent, against INGERSOLL-RAND COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the employer and the insurance carrier. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN COLLIER, Respondent, against WILLIAM S. DANGARD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.